# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANK SHERWOOD SNYDER, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | **CASE NO. 7:14-CV-90-D** |
| ) | |
|         Defendant. ) | |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on July 25, 2014, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 28, 2014**, AND A COPY MAILED TO:

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


July 28, 2014                                          JULIE A. RICHARDS, Clerk
Date                                                 *Eastern District of North Carolina*

                                                                       /s/ Susan W. Tripp
*New Bern, North Carolina*                          *(By) Deputy Clerk*